## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD GORDON, ADC #150471                                                                PLAINTIFF

v.                                     NO. 4:15CV00321 JLH-BD

THOMAS H. JOHNSON                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE